USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2018

SOUTHERN DISTRICT OF THE STATE OF NEW YORK

------------------------------------------------------------x

ANGELA NAVARRO ALLENDE, *Individually and on behalf of others similarly situated,*

                         Plaintiff                    Case No. 18-cv-2191(JMF)

v.                                                      **DEFAULT JUDGMENT**

ESTELA CHAUCA, CLEOTILDE ROSENDO
Individually and SUPER TACOS FOOD TRUCK

                         Defendants.

------------------------------------------------------------x

This action having commenced on March 12, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendants Estela Chauca, Cleotilde Rosendo and Super Tacos Food Truck (collectively "Defendants") via "Jane Smith," a co-worker of Defendants Estela Chauca and Cleotilde Rosendo, and a general-agent of Defendant Super Tacos Food Truck, and proof of service having been filed with the Court on April 20, 2018, and Defendants not having answered the Complaint and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendants on all causes of action, including compensatory damages in the amount of $21,890.00, liquidated damages in an amount of no less than $21,890.00, plus attorney's fees and disbursements in the sum of $4258.60, and post-judgment interest as provided by law and any other relief the Court may deem appropriate and the Plaintiffs have execution thereof.

Dated: New York, New York
       June 19, 2018

By: _____
Hon. Jesse M. Furman